UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                 Criminal No. 12-cv-108-PB

Neil Edward Spear

O R D E R

The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted; Final Pretrial is rescheduled to December 3, 2012 at 9:30 a.m.; Trial is continued to the two-week period beginning December 11, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                        /s/ Steven J. McAuliffe
                                        Steven J. McAuliffe
                                        United States District Judge

Date: October 1, 2012

cc: Jeffrey Levin, Esq.
    Arnold H. Huftalen, Esq.
    U.S. Marshal
    U.S. Probation